**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23663-ALTMAN/Lett**

**BRILL MARITIME, INC. d/b/a**
**EXPORT YACHT SALES**,
*on behalf of itself and all others similarly situated,*

         *Plaintiff,*

v.

**BOATS GROUP, LLC**,

         *Defendant.*

---

### EXPEDITED JOINT MOTION FOR STATUS CONFERENCE AND MODIFICATION OF RULE 16 SCHEDULING ORDER

Plaintiff, Brill Maritime, Inc. d/b/a Export Yacht Sales ("Plaintiff" or "Export") and Defendant Boats Group, LLC ("Boats Group" and, together with Plaintiff, the "Parties"), by and through undersigned counsel, respectfully move this Court for a brief status conference pursuant to Federal Rule of Civil Procedure 16(a) and an interim stay of certain deadlines set forth in the operative Rule 16 scheduling order.

The Parties seek expedited review of this motion pursuant to Local Rule 7.1(d)(2). Class certification expert reports are due on **May 8, 2026**, and other discovery deadlines soon follow. For reasons herein, the Parties respectfully request a ruling on this motion prior to that date. In support of the motion, the Parties state as follows:

1.     The Parties have engaged in extensive discovery to date, with Boats Group producing over 80,000 documents spanning over 600,000 pages and Plaintiff producing over 6,000 documents spanning over 27,000 pages. The Parties have received fifteen productions from seven third parties in response to over twenty subpoenas. The Parties have certified completion of all outstanding

requests for production subject to their objections, responded to interrogatory requests and requests for admission, and Plaintiff noticed the first deposition for May 5, 2026.

2.      Despite this substantial work in discovery, the Parties have an outstanding dispute regarding pre-2020 discovery.  This dispute implicates issues outlined in the Parties' Joint Motion for Discovery Hearing [ECF No. 46] and Boats Group's pending motion to dismiss [ECF No. 15]. Plaintiff contends that this pre-2020 discovery encompasses data that its expert needs to generate his class certification report, currently due on May 8, 2026. [ECF No. 69-1].  More specifically, and as noted in Plaintiff's previous motions to amend the Rule 16 scheduling order, Plaintiff asserts that its expert requires:  (1) financial results for Boats Group's U.S. or North American operations for the fiscal years ended 2017 through the present, and (2) structured sales transaction data going back to 2017 (the "Requested Data"). *See, e.g.*, [ECF No. 77].  Boats Group disagrees with such contentions, and notes that the time period of 2017-2020 is outside of both the class period and statute of limitation period. Plaintiff asserts this data is needed by its expert to conduct a benchmark comparative analysis of the time period before the class period began.

3.      In an effort to resolve Boats Group's objection to the production of pre-2020 discovery, including the Requested Data, the Parties submitted a joint motion for a discovery hearing before Magistrate Judge Lett on December 22, 2025. [ECF No. 46]. Judge Lett heard the joint motion on January 6, 2026, but has yet to issue a ruling on Boats Group's objection to the production of pre-2020 discovery. [ECF No. 49].

4.      The Parties have resolved another discovery dispute before Magistrate Judge Lett based on their joint motion for a discovery hearing filed on February 18, 2026.  [ECF No. 55]. Magistrate Judge Lett issued an order resolving that dispute on March 2, 2026, limited to supplementing Boats Group's production of responsive documents and data for the time range of 2020 to 2023.  [ECF No. 67 at 3.].

5.      The Parties do not wish to burden the Court with further piecemeal requests for extensions of the discovery deadlines, while a ruling on Boats Group's objection to the production of pre-2020 discovery is pending.

6.      The Parties believe that a brief status conference before the Court may assist the Parties in working through this impasse and/or in modifying the Rule 16 scheduling order to minimize additional, successive requests for extensions of the deadlines therein, pending resolution of the outstanding discovery dispute and/or Boats Group's motion to dismiss.

7.      Further, in the interim or in the alternative, the Parties request that the Rule 16 scheduling order be modified such that: (i) if Judge Lett sustains Boats Group's objection to the production of pre-2020 discovery in full, the class certification expert report deadline is extended to four weeks after such ruling and the class certification rebuttal deadline four weeks thereafter, and the Parties will confer and propose a schedule to the Court for all remaining deadlines; or, (ii) if Judge Lett overrules Boats Group's objection in whole or in part, the Parties will confer and propose a schedule to the Court that accounts for the production of any discovery ordered to be produced by Judge Lett.

WHEREFORE, the Parties respectfully request that this Court schedule a status conference at its earliest convenience and modify the Rule 16 scheduling order to address the matters set forth herein.  A proposed Order on this Motion is attached as **Exhibit 1**.

DATED: May 1, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA**

**NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400

By*: /s/ Timothy A. Kolaya*
Timothy A. Kolaya
Florida Bar No. 056140
tkolaya@sknlaw.com
Matthew DellaBetta
Florida Bar No. 1031216
mdellabetta@sknlaw.com

-and-

**MILLER, THIBODEAUX, DYSART,**
**VEITH & PASCHAL, LLC**
643 Magazine Street, Suite 405
New Orleans, LA 70130
Tel: (504) 977-9150

By*: /s/ C. Hogan Paschal*
Kerry J. Miller, La. Bar. No. 24562
(Admitted *Pro Hac Vice*)
C. Hogan Paschal, La. Bar No. 38495
(Admitted *Pro Hac Vice*)
kmiller@mtdvp.com
hpaschal@mtdvp.com

*Attorneys for Plaintiff Brill Maritime, Inc.*
*d/b/a Export Yacht Sales, individually and*
*on behalf of all others similarly situated*

By: */s/ Lawrence Buterman*

Lawrence Buterman – PHV
**Latham & Watkins LLP**
1271 Avenue of the Americas New York, NY
10020
Tel: 212-906-1264
Email:  Lawrence.buterman@lw.com

Anna M. Rathbun – PHV
Christopher J. Brown – PHV
Graham Haviland - PHV
**Latham & Watkins LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Email: anna.rathbun@lw.com
Email: chris.brown@lw.com
Email: graham.haviland@lw.com

Sean A. Burstyn
**Burstyn Law PLLC**
1101 Brickell Avenue
Ste S-700
Miami, FL 33131
305-204-9808
Email: sean.burstyn@burstynlaw.com

*Attorneys for Boats Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2026, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA