# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23663-ALTMAN/Lett**

BRILL MARITIME, INC. d/b/a
EXPORT YACHT SALES,
on behalf of itself and all others similarly situated,

       Plaintiff,

  v.

BOATS GROUP, LLC,

       Defendant.

_____/

**ORDER GRANTING DEFENDANT BOATS GROUP, LLC'S REVISED MOTION**
**TO FILE UNDER SEAL ITS MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

THIS MATTER came before the Court on Defendant Boats Group, LLC's July 21, 2026 Revised Motion to File Under Seal Its Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised, finds good cause and it is hereby

**ORDERED AND ADJUDGED** that:

1.     The Motion is **GRANTED.**

2.     Defendant Boats Group, LLC is authorized to file under seal, via a Notice of Sealed Filing in accordance with Local Rule 5.4(b)(1), the unredacted version of its Motion to Dismiss Plaintiff's First Amended Complaint with the following references thereto:

      a.  Bates Nos. BG0000036797–036981 (Interview summaries and transcripts of Dealers, Brokers, Competitors, and OEMs)

b.  Bates Nos. BG0000219879–219883 (Major Market Changes Internal Memorandum)

c.  Bates Nos. BG0000033682–033780 (July 9, 2024 internal email forwarding a 2016 "Project Neptune" Confidential Information Memorandum)

d.  Bates Nos. BG0000608763–608778 (YachtCloser – Acquisition Opportunity Overview November 2016)

e.  Bates Nos. BG0000205725–205784 (Boats Group: Project Trust: Diligence September 2021)

3.  The sealed material shall remain under seal for a period of five years, or until further Order of the Court.

**DONE AND ORDERED** in chambers in Miami, Florida, this _____ day of _____, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record