**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23663-ALTMAN**

**BRILL MARITIME, INC.**,

    *Plaintiff*,

*v.*

**BOATS GROUP, LLC**,

    *Defendant*.

_____/

## ORDER

On July 21, 2026, the Defendant filed a Motion to File Under Seal (the "Motion") [ECF No. 94], asking us to file its Motion to Dismiss [ECF No. 95] under seal. After careful review, we hereby **ORDER AND ADJUDGE** that the Motion [ECF No. 94] is **GRANTED**. The Defendant may file its Motion to Dismiss under seal by **July 24, 2026**. We **DENY as moot** the First Motion to File Under Seal [ECF No. 93].

**DONE AND ORDERED** in the Southern District of Florida on July 23, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record