**UNITED STATES DISTRICT COURT**
**SOUTHERN DISCTRICT OF FLORIDA**

**BRILL MARITIME, INC. d/b/a**
**EXPORT YACHT SALES**, *individually and on behalf of all others similarly situated,*

*Plaintiff,*

*v.*

**BOATS GROUP, LLC**,

*Defendant.*

Case No. 1:25-CV-23663-RK

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that pursuant to Southern District of Florida Local Rule 11.1(g) and Section 3D of the CM/ECF Administrative Procedures, Matthew M. DellaBetta as counsel of record for Brill Maritime, Inc. d/b/a Export Yacht Sales, in this matter, hereby gives notice that his law firm name and email address have both changed. All future pleadings, court filings, orders and other court documents pertinent to this matter should be directed to undersigned counsel, as follows:

Matthew M. DellaBetta, Esq.
STUMPHAUZER KOLAYA
& SLOMAN, PLLC
2 S. Biscayne Blvd, Suite 1600
Miami, Florida 33131
mdellabetta@skslegal.com

Undersigned counsel will update his law firm name and email address on PACER after this Notice has been filed in all open cases in the Southern District of Florida, as required by the Rules cited above.

Respectfully submitted,

**STUMPHAUZER KOLAYA**
**& SLOMAN, PLLC**
2 S. Biscayne Blvd., Ste. 1600
Miami, Florida 33131
Tel.: (305) 614-1400
By: *<u>/s/ Matthew M. DellaBetta</u>*
Matthew M. DellaBetta, Esq.
Fla. Bar No. 1031216
mdellabetta@skslegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd of September 2026, a true and correct copy of the foregoing has been e-filed with the Clerk of Court using CM/ECF and served via email on all counsel of record.

By: *<u>/s/ Matthew M. DellaBetta</u>*
Matthew M. DellaBetta, Esq.